```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 47095
  NATHANIEL HILL
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

       Debtor
  SSN XXX-XX-0716


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/10/05 and confirmed on 01/27/06.

     2.  The case was dismissed after confirmation, 09/14/2007.

     3.  The Debtor paid a total of $  12877.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| NATIONSTAR MORTGAGE LLC | CURRENT MORTG | .00 | .00 | .00 |
| NATIONSTAR MORTGAGE LLC | MORTGAGE ARRE | 22238.33 | .00 | 6937.88 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 10500.00 | 1287.73 | 2617.32 |
| ILLINOIS DEPT REVENUE | UNSECURED | 1932.70 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 3324.38 | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 539.64 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1228.30 | .00 | .00 |
| THE CLARA ABBOTT FOUNDAT | UNSECURED | 2051.77 | .00 | .00 |
| COMCAST DIGITAL PHONE SV | UNSECURED | NOT FILED | .00 | .00 |
| MHFS | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 162.15 | .00 | .00 |
| THE LOAN MACHINE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL QUICK CASH | UNSECURED | NOT FILED | .00 | .00 |
| RAILROAD RETIREMENT BD | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| VA MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL RE | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 2773.49 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 400.66 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| ILLINOIS DEPT REVENUE | UNSECURED | 2028.76 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 32738.33 | 400.66 | 14041.19 | .00 | 47180.18 |
| PRINCIPAL PAID | 9555.20 | .00 | .00 | .00 | 9555.20 |

```
INTEREST PAID              1287.73           .00          .00          .00       1287.73
TOTAL PAID                10842.93           .00          .00          .00      10842.93
```

The Debtor's attorney, KENNETH S BORCIA & ASSOC         , was allowed $   2700.00 and was paid $   1240.00   direct and $   1460.00   through the plan.

The Trustee received $    574.07 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/17/07                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 05 B 47095 NATHANIEL HILL